1066

No. — – —. LUMMI INDIAN TRIBE *v.* WHATCOM COUNTY, WASHINGTON. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–851. LEWIS ET AL. *v.* CASEY ET AL. Application for stay of enforcement of injunctive order of the United States District Court for the District of Arizona, case Nos. 90–0054 and 91–1808, issued October 13, 1993, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would deny the application for stay.

No. D–1389. IN RE DISBARMENT OF SCHWARTZ. It is ordered that S. David Schwartz, of Santa Barbara, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1390. IN RE DISBARMENT OF DUBOW. It is ordered that Alan E. Dubow, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $60,059.18 to be paid as follows: 30% by Nebraska, 30% by Wyoming, 15% by Colorado, and 25% by the United States. [For earlier order herein, see, *e. g.,* 510 U. S. 1189.]

No. 93–644. HONDA MOTOR CO., LTD., ET AL. *v.* OBERG. Sup. Ct. Ore. [Certiorari granted, 510 U. S. 1068.] Motion of respondent for leave to file a supplemental brief after argument granted.